1  Michael L. Smith
   State Bar No. 160305
2  **MANNING & KASS,**
   **ELLROD, RAMIREZ, TRESTER** LLP
3  One California Street, Suite 1100
   San Francisco, CA 94111
4  Telephone:  (415) 217-6990
   Facsimile:   (415) 217-6999
5
   Attorneys for Defendant,
6  G4S SECURE SOLUTIONS (USA) INC.

7

8              THE UNITED STATES DISTRICT COURT FOR THE

9           NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

10

11 Saber Abuzahra,                              )  Case No.: C 13 0513-KAW
                                                )
12                Plaintiff,                    )  **STIPULATION AND** ~~PROPOSED~~
                                                )  **ORDER TO CONTINUE THE**
13 vs.                                          )  **INITIAL CASE MANAGEMENT**
                                                )  **CONFERENCE HEARING**
14 The United States of America; U.S. Department)
   of Homeland Security; U.S Immigration and    )
15 Customs Enforcement; U.S. Immigration and    )
   Customs Enforcement Officers 1-15; G4S       )
16 Secure Solutions (USA) Inc.; John Doe,       )
                                                )
17                Defendants.                   )
                                                )
18 _____)

19

20      The parties of this litigation, by and through their respective attorneys of record,

21 hereby submit this stipulation and [proposed] order to continue the Initial Case Management

22 Conference hearing, which is currently scheduled to be held on May 7, 2013 at 1:30 p.m., in

23 Department 4, of the United States District Court - Northern District of California, The

24 Honorable Kandis A. Westmore, judge presiding.

25      WHEREAS this case arises out of a claim that Plaintiff was injured while in custody,

26 being transported by contractor of INS which, therefore, involved the need to contact

27 multiple parties and obtain records from various government facilities in order to assess the

28 case for settlement;

1  WHEREAS both sides have moved efficiently with purpose to acquire the initial
2  basic information needed to evaluate and commence settlement negotiations;
3  WHEREAS the parties are engaged in an extremely productive, very promising
4  settlement negotiations which, if successful, will result in a global resolution;.
5  WHEREAS with the Initial Case Management Conference scheduled for May 7,
6  2013, and an April 30, 2013 deadline to submit Rule 26 Disclosures, that the parties and
7  counsel agree that the time, effort and expense needed to comply on the current tract will
8  impede the ongoing settlement negotiations and result in Defendants being forced to incur
9  fees and costs that might otherwise more productively be allocated toward continuing
10 settlement negotiations.
11 Accordingly, based on the foregoing good cause shown, the parties to this matter, by
12 and through their respective attorneys of record, hereby stipulate and jointly and respectfully
13 request that the Initial Case Management Conference hearing, currently scheduled for May
14 7, 2013, at 1:30 p.m., be continued for two weeks to Tuesday, May 21, 2013 at 1:30 p.m., or
15 to any date thereafter the Court is available.
16 IT IS SO STIPULATED:

18 Dated: April 29, 2013        **MANNING & KASS**
                                **ELLROD, RAMIREZ, TRESTER LLP**

20                              By: /s/ Michael Smith
                                    Michael L. Smith

                                Attorneys for Defendant,
                                G4S Secure Solutions (USA) Inc.

24 Dated: April 29, 2013        **JOHNSON & MCDERMED LLP**

26                              By: /s/ Jeremiah Johnson
                                    Jeremiah Johnson

                                Attorneys for Plaintiff,
                                Saber Abuzahra

1  Good cause appearing, the Initial Case Management Conference hearing, currently
2  scheduled for May 7, 2013, at 1:30 p.m., shall be continued to May 21, 2013, at 1:30 p.m.
3  The Initial Case Management Conference Statement shall be filed on or before May 14,
4  2013.
5  IS SO ORDERED:

Date: __4/30__, 2013

*Kandis Westmore*

KANDIS A. WESTMORE
UNITED STATES DISTRICT MAGISTRATE JUDGE